IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARGARET FRATILA | § | |
| Appellant, | § | |
| VS. | § | Civil Action No. C-04-503 |
| MIKE BOUDLOCHE | § | |
| Appellee. | § | |

## ORDER STAYING ACTION

On this day came on to be considered Appellant's Motion to Stay proceedings in the above-styled bankruptcy action. Because this suit is currently pending before the United States Court of Appeals for the Fifth Circuit, the Motion to Stay (D.E. #53) is GRANTED. Pending a decision by the Fifth Circuit, all proceedings in this action in this Court are hereby STAYED.

SIGNED and ENTERED on this the 15th day of July, 2005.

_____
Janis Graham Jack
United States District Judge